# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **AMBASSADOR PERSONNEL, INC.,**<br><br>  Plaintiff,<br><br>v.<br><br>**CHARLES HALL,**<br>**JENNIFER DANIEL,**<br>**JUDY GREGORY, and**<br>**ELIZABETH HERNANDEZ,**<br><br>  Defendants. | Civil Action 7:11-CV-114 (HL) |

## ORDER

This case was removed to this Court on September 1, 2011, on the basis of diversity jurisdiction. Before the case was removed, Plaintiff filed a Motion for Contempt (Doc. 2) with respect to an interlocutory injunction entered by the Superior Court of Thomas County.

Defendants shall file a response to the Motion for Contempt on or before September 8, 2011. Plaintiff shall file its reply on or before September 15, 2011.

**SO ORDERED**, this the 1st day of September, 2011.

  *s/Hugh Lawson*
  **HUGH LAWSON, SENIOR JUDGE**

mbh