IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **AMBASSADOR PERSONNEL, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **CHARLES HALL,** <br> **JENNIFER DANIEL,** <br> **JUDY GREGORY, and** <br> **ELIZABETH HERNANDEZ,** <br><br> Defendants. | Civil Action 7:11-CV-114 (HL) |

**ORDER**

Defendant Charles Hall has filed a Motion to Dissolve (Docs. 7 and 8) the interlocutory injunction entered by the Superior Court of Thomas County. He has also filed a Motion to Expedite Hearing (Doc. 14).

The Motion to Expedite Hearing is granted. A hearing on the Motion to Dissolve will be held at 11:00 a.m. on Tuesday, September 27, 2011 in Valdosta. The Court will also hear the Motion to Dismiss filed by Defendants Jennifer Daniel, Judy Gregory, and Elizabeth Hernandez at that time.

In light of the expedited hearing schedule, Plaintiff's responses to the Motion to Dissolve and Motion to Dismiss are due on or before September 19, 2011. Defendants' replies are due on or before September 22, 2011.

**SO ORDERED**, this the 12th day of September, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh